

# United States District Court
# Eastern District of California

| Wilderness Watch et al. | Case Number: 1:23−CV−01398−BAM |
|---|---|
| Plaintiff(s) | |

V.

| National Park Service | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Hursh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Wilderness Watch, Sequoia ForestKeeper, and Tule River Conservancy

On 07/22/2022 (date), I was admitted to practice and presently in good standing in the District of Montana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/25/2023                    Signature of Applicant: /s/ Andrew Hursh

**Pro Hac Vice Attorney**

Applicant's Name: Andrew Hursh
Law Firm Name: Wilderness Watch
Address: PO Box 9175
City: Missoula   State: MT   Zip: 59802
Phone Number w/Area Code: (913) 660-6034
City and State of Residence: Missoula, Montana
Primary E-mail Address: andrewhursh@wildernesswatch.org
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rene Voss
Law Firm Name: Natural Resources Law
Address: 15 Alderney Rd
City: San Anselmo   State: CA   Zip: 94960
Phone Number w/Area Code: (415) 446-9027   Bar #: 255758

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 5, 2023

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT