

# United States District Court
# Eastern District of California

| Wilderness Watch et al. |
|---|
Plaintiff(s)

Case Number: 1:23−CV−01398−KES-BAM

V.

| National Park Service |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Dana M. Johnson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Wilderness Watch, Sequoia ForestKeeper, Tule River Conservancy, and Earth Island Institute

On 04/27/2010 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Idaho (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/16/2024          Signature of Applicant: /s/ Dana Johnson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Dana M. Johnson |
| Law Firm Name: | Wilderness Watch |
| Address: | PO Box 9765 |
| City: | Moscow   State: ID   Zip: 83843 |
| Phone Number w/Area Code: | (208) 310-7003 |
| City and State of Residence: | Moscow, Idaho |
| Primary E-mail Address: | danajohnson@wildernesswatch.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Rene Voss |
| Law Firm Name: | Natural Resources Law |
| Address: | 15 Alderney Rd |
| City: | San Anselmo   State: CA   Zip: 94960 |
| Phone Number w/Area Code: | (415) 446-9027   Bar #: 255758 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: **April 17, 2024**

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT

# Supreme Court  State of Idaho

## Certificate of Good Standing

Clerk's Office        )
                      ) ss.
Supreme Court         )

I, Melanie Gagnepain, Clerk of the Supreme Court of the State of Idaho, do hereby certify that DANA M. JOHNSON, on the 27th day of April 2010, was admitted to practice by said Court as an attorney counselor at law in all the courts of this state, and that ever since and now is an attorney in good standing at the Bar of this Court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Court at Boise, Idaho, this 15th day of April 2024.

*Melanie Gagnepain*

**Clerk of the Idaho Supreme Court**