# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDERNESS WATCH, *et al.*, | Case No. 1:23-cv-01398-KES-BAM |
| Plaintiffs, | **ORDER REGARDING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| NATIONAL PARK SERVICE., | |
| Defendant. | |

**Plaintiffs' Motion for Summary Judgment**: March 29, 2024 (Completed)

**Defendant's Cross-Motion for Summary Judgment:** May 24, 2024 (Completed)

**Plaintiffs' Reply:** June 10, 2024

**Defendant's Reply:** June 27, 2024

1

The parties in this matter previously agreed to set dates for lodging of the Administrative Record and a potential challenge to the Administrative Record prior to setting dates for the parties' contemplated cross-motions for summary judgment, and the Court entered a Scheduling Order setting dates for lodging of and challenges to the Administrative Record. (Doc. 19.) On February 28, 2024, the parties filed a Joint Proposed Schedule for briefing of the parties' anticipated motions for summary judgment, which proposed March 29, 2024 as the Deadline for Plaintiffs' Opening Summary Judgment Brief; May 24, 2024 as the Deadline for Defendant's Opposition Brief and Cross-Motion for Summary Judgment; June 10, 2024 as the Deadline for Plaintiffs' Reply in Support of their Summary Judgment Brief and Opposition to Cross-Motion; and June 27, 2024 as the Deadline for Defendant's Reply in Support of its Opposition Brief and Cross-Motion for Summary Judgment. (Doc. 25.) Plaintiffs subsequently filed their Motion for Summary Judgment on March 29, 2024. (Doc. 27.) Defendant filed its Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment on May 24, 2024. (Doc. 32.)

Based on the Joint Scheduling Report submitted by the parties, this Court sets the following deadlines for briefing of the parties' cross-motions for summary judgment:

| | |
|---|---|
| **Plaintiffs' Motion for Summary Judgment:** | March 29, 2024 (Completed) |
| **Defendant's Cross-Motion for Summary Judgment:** | May 24, 2024 (Completed) |
| **Plaintiffs' Reply and Opposition to Cross-Motion:** | June 10, 2024 |
| **Defendant's Reply in Support of Cross-Motion for Summary Judgment:** | June 27, 2024 |

IT IS SO ORDERED.

Dated:  **May 29, 2024**         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

2